

```
FILED
4/30/2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

**Pite Duncan, LLP et al**                                    **11cv930 L (WVG)**

**-v-**

**Osborne et al**

## STRICKEN DOCUMENT
### (Document Stricken Per Order 9)

**1-Complaint**

**1**